Michael K. Brown (SBN 104252)
Thomas J. Yoo (SBN 175118)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071
Telephone:     213.457.8000
Facsimile:      213.457.8080
Email: mkbrown@reedsmith.com
tyoo@reedsmith.com

Steven J. Boranian (SBN 174183)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922
Telephone:     415.543.8700
Facsimile:      415.391.8269
Email: sboranian@reedsmith.com

Kevin M. Hara (SBN 221604)
REED SMITH LLP
1999 Harrison St., Suite 2400
Oakland, CA  94610
Telephone:     510.763.2000
Facsimile:      510.273.8832
Email: khara@reedsmith.com

Attorneys for Defendants
Merck & Co., Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BESHAM SINGH,<br><br>              Plaintiff,<br><br>vs.<br><br>MERCK & COMPANY, INC., a corporation; MCKESSON CORPORATION, a corporation; DOES 1 to 100, PHARMACEUTICAL DISTRIBUTOR DOES 101 to 200, PHARMACY DEFENDANT DOES 201 to 300 inclusive,<br><br>              Defendants. | No.: 2:06-cv-02480-DFL-GGH<br><br>STIPULATION AND ORDER STAYING PROCEEDINGS PENDING TRANSFER TO VIOXX MDL NO. 1657<br><br>**Honorable David F. Levi** |

TO THE CLERK OF THE COURT OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, PLAINTIFF AND DEFENDANT, THROUGH THEIR ATTORNEYS, FILE THIS STIPULATION AND PROPOSED ORDER.

This case, *Besham Singh v. Merck & Co., Inc.*, *et al.* Case Number 2:06-cv-02480-DFL-GGH, was filed in state court on September 27, 2006 and removed to this Court on November 8, 2006. No discovery has been conducted or scheduled.

On November 10, 2006, Merck, pursuant to Rule 7.5(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("R.P.J.P.M.L."), provided notice to the MDL Panel of the pendency of this "tag-along" action and furnished the MDL Panel with a copy of the docket sheet and complaint. Merck requested that the MDL Panel transfer this action to the multidistrict litigation known as In re Vioxx Products Liability Litigation, MDL No. 1657, currently pending in the Eastern District of Louisiana, District Judge Eldon Fallon presiding. On November 29, the JPML issued a conditional transfer order that included this case. The MDL court filed the transfer order on December 18, 2006, transferring this case to the MDL.

Plaintiff did not oppose the transfer of this case to the Vioxx MDL.

In light of the transfer of this case to the Vioxx MDL, the parties respectfully request that all proceedings, discovery, and status conferences be stayed.

/ / /

/ / /

/ / /

– 3 –

SO STIPULATED.

Dated: January 8, 2007

**REED SMITH LLP**

By: __/s/Kevin M. Hara_____
    Kevin M. Hara
    Attorney for Defendant
    MERCK & CO., INC.

Dated: January 8, 2007

**ANDREWS & THORNTON**

By: __/s/_____
    John C. Thornton
    Attorney for Plaintiffs

## **ORDER**

IT IS HEREBY ORDERED the above terms of this Stipulation are approved by this Court.

Dated: 1/15/2007

_____
DAVID F. LEVI
United States District Judge

STIPULATION AND PROPOSED ORDER STAYING PROCEEDINGS PENDING TRANSFER TO MDL