A CERTIFIED TRUE COPY

DEC 15 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 18 AM 10: 26

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 29 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1657

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-76)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 5,171 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 15 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY
DEC 27 2006
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

# SCHEDULE CTO-76 - TAG-ALONG ACTIONS
# DOCKET NO. 1657
# IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALASKA** | | |
| AK  3  06-257 | Gary W. Putman, et al. v. Merck & Co., Inc. | EDLA 06-10969 |
| AK  3  06-258 | Robert Felder v. Merck & Co., Inc. | EDLA 06-10970 |
| **ALABAMA MIDDLE** | | |
| ~~ALM 3 06-979~~ | ~~Clifford Bailey, et al. v. Merck & Co., Inc., et al.~~ | VACATED 12/15/06 |
| **ALABAMA NORTHERN** | | |
| ALN 1  06-2260 | Junior Alldreage, et al v. Merck & Co., Inc., et al. | EDLA 06-10971 |
| ALN 1  06-2284 | Wayne Watts, et al. v. Merck & Co., Inc. | EDLA 06-10972 |
| ALN 5  06-2248 | Don Macmillan v. Merck & Co., Inc. | EDLA 06-10973 |
| ALN 7  06-2332 | Dorothy Cantrell, et al. v. Merck & Co., Inc. | EDLA 06-10974 |
| **ARIZONA** | | |
| AZ  2  06-2665 | Marlene Ferguson, et al. v. Merck & Co., Inc. | EDLA 06-10975 |
| **CALIFORNIA CENTRAL** | | |
| CAC 2  06-6642 | Deborah Dionne, et al. v. Merck & Co., et al. | EDLA 06-10976 |
| CAC 2  06-6644 | Lucila B. Castillo, et al. v. Merck & Co., Inc. | EDLA 06-10977 |
| CAC 2  06-6816 | Philip Hansen Bailey, etc. v. Merck & Co, Inc. | EDLA 06-10978 |
| CAC 2  06-7006 | Shelia Williams v. Merck & Co., Inc. | EDLA 06-10979 |
| CAC 2  06-7007 | William E. Hauser, etc. v. Merck & Co., Inc. | EDLA 06-10980 |
| **CALIFORNIA EASTERN** | | |
| CAE 2  06-2283 | Barbara Abbott, et al. v. Merck & Co., Inc. | EDLA 06-10981 |
| CAE 2  06-2284 | Delphia Bell v. Merck & Co., Inc., et al. | EDLA 06-10982 |
| CAE 2  06-2285 | Harry Jones v. Merck & Co., Inc., et al. | EDLA 06-10983 |
| CAE 2  06-2332 | Norma Loomis v. Merck & Co., Inc. | EDLA 06-10984 |
| CAE 2  06-2344 | Marva Johnson v. Merck & Co., Inc. | EDLA 06-10985 |
| CAE 2  06-2346 | Carl Dudding v. Merck & Co., Inc. | EDLA 06-10986 |
| CAE 2  06-2348 | Sandra Elliott v. Merck & Co., Inc. | EDLA 06-10987 |
| CAE 2  06-2349 | Anh Devers v. Merck & Co., Inc. | EDLA 06-10988 |
| CAE 2  06-2350 | Kenneth Tinkle v. Merck & Co., Inc. | EDLA 06-10989 |
| CAE 2  06-2351 | Kenneth Debolt v. Merck & Co., Inc. | EDLA 06-10990 |
| CAE 2  06-2352 | Betty Mesi v. Merck & Co., Inc. | EDLA 06-10991 |
| CAE 2  06-2354 | Antonio Lourenco v. Merck & Co., Inc. | EDLA 06-10992 |
| CAE 2  06-2362 | Karen Morris v. Merck & Co., Inc. | EDLA 06-10993 |
| CAE 2  06-2422 | Adnell Stephens v. Merck & Co., Inc., et al. | EDLA 06-10994 |
| CAE 2  06-2431 | Donna Goncar v. Merck & Co., Inc., et al. | EDLA 06-10995 |
| CAE 2  06-2434 | Richard McCullough v. Merck & Co., Inc., et al. | EDLA 06-10996 |
| CAE 2  06-2471 | Karin Barrett v. Merck & Co., Inc. | EDLA 06-10997 |
| CAE 2  06-2472 | Domingo Arcangles v. Merck & Co., Inc. | EDLA 06-10998 |
| CAE 2  06-2473 | Semen Fiskel v. Merck & Co., Inc. | EDLA 06-10999 |
| CAE 2  06-2474 | Al Kessler v. Merck & Co., Inc. | EDLA 06-11000 |

SCHEDULE CTO-76 - TAG-ALONG ACTIONS (MDL-1657)                                    Page 2 of 6

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| CAE 2  06-2477 | Charlotte Mendonea v. Merck & Co., Inc. | EDLA  06-11001 |
| ~~CAE 2  06-2479~~ | ~~Sheryl Churchman v. Merck & Co., Inc., et al.~~ | OPPOSED 12/8/06 |
| CAE 2  06-2480 | Besham Singh v. Merck & Co., Inc., et al. | EDLA  06-11002 |
| CAE 2  06-2489 | Madelyn Duke, et al. v. Merck & Co., Inc., et al. | EDLA  06-11003 |
| CAE 2  06-2490 | Beryl L. Caterson v. Merck & Co., Inc., et al. | EDLA  06-11004 |

**CALIFORNIA NORTHERN**

| | | |
|---|---|---|
| CAN 3  06-6576 | Barbara Brooks v. Merck & Co., Inc., et al. | EDLA  06-11005 |
| CAN 3  06-6587 | Otis Mercer v. Merck & Co., Inc., et al. | EDLA  06-11006 |
| CAN 3  06-6595 | Peter Brooks v. Merck & Co., Inc., et al. | EDLA  06-11007 |
| CAN 3  06-6612 | Ray Reed v. Merck & Co., Inc., et al. | EDLA  06-11008 |
| CAN 3  06-6762 | Lola Baker v. Merck & Co., Inc. | EDLA  06-11009 |
| CAN 3  06-6764 | Susan Christensen v. Merck & Co., Inc. | EDLA  06-11010 |
| CAN 3  06-6765 | Carlos Adlawan v. Merck & Co., Inc. | EDLA  06-11011 |
| CAN 3  06-6766 | Anita Aars v. Merck & Co., Inc. | EDLA  06-11012 |
| CAN 3  06-6767 | Klara Bernsteyn v. Merck & Co., Inc. | EDLA  06-11013 |
| CAN 3  06-6769 | Robert Chow v. Merck & Co., Inc. | EDLA  06-11014 |
| CAN 3  06-6789 | Marbely Gutierrez v. Merck & Co., Inc. | EDLA  06-11015 |
| CAN 3  06-6793 | Ninel Gindina v. Merck & Co., Inc. | EDLA  06-11016 |
| CAN 3  06-6795 | Julia Dumas, et al. v. Merck & Co., Inc. | EDLA  06-11017 |
| CAN 3  06-6796 | Robert Garrett v. Merck & Co., Inc. | EDLA  06-11018 |
| CAN 3  06-6846 | Wayne Wong v. Merck & Co., Inc. | EDLA  06-11019 |
| CAN 3  06-6848 | Elliot Zolt v. Merck & Co., Inc. | EDLA  06-11020 |
| CAN 3  06-6851 | Jerry Hale v. Merck & Co., Inc. | EDLA  06-11021 |
| CAN 3  06-6859 | Leo Hildreth v. Merck & Co., Inc. | EDLA  06-11022 |
| CAN 3  06-6862 | Alex Lukovsky v. Merck & Co., Inc. | EDLA  06-11023 |
| CAN 3  06-6863 | Juana Ochoa v. Merck & Co., Inc. | EDLA  06-11024 |
| CAN 3  06-6864 | John Morrice v. Merck & Co., Inc. | EDLA  06-11025 |
| CAN 3  06-6866 | Ronald L. Silva v. Merck & Co., Inc. | EDLA  06-11026 |
| CAN 3  06-6867 | Nancy Pittroff v. Merck & Co., Inc. | EDLA  06-11027 |
| CAN 3  06-6869 | Lev Klachkavsky v. Merck & Co., Inc. | EDLA  06-11028 |
| CAN 3  06-6873 | Barbara Hoffman, etc. v. Merck & Co., Inc. | EDLA  06-11029 |
| CAN 3  06-6874 | Fred Rice v. Merck & Co., Inc. | EDLA  06-11030 |
| CAN 3  06-6875 | Gerald Sefranka v. Merck & Co., Inc. | EDLA  06-11031 |
| CAN 3  06-6878 | Richard Simms v. Merck & Co., Inc. | EDLA  06-11032 |
| CAN 3  06-6879 | Samuel Summerfield v. Merck & Co., Inc. | EDLA  06-11033 |
| CAN 3  06-6880 | Lula Taylor v. Merck & Co., Inc. | EDLA  06-11034 |
| CAN 3  06-6881 | George Martinis v. Merck & Co., Inc. | EDLA  06-11035 |
| CAN 3  06-6882 | Elivra Nagle v. Merck & Co., Inc. | EDLA  06-11036 |
| CAN 4  06-6590 | Christine Hansen, et al. v. Merck & Co., Inc., et al. | EDLA  06-11037 |
| CAN 4  06-6785 | Valentina Demikhovskaya v. Merck & Co., Inc. | EDLA  06-11038 |
| CAN 4  06-6788 | Daniel Flanagan v. Merck & Co., Inc. | EDLA  06-11039 |
| CAN 4  06-6843 | Janie Wiley v. Merck & Co., Inc. | EDLA  06-11040 |
| CAN 4  06-6865 | Guadalupe Urena, et al. v. Merck & Co., Inc. | EDLA  06-11041 |
| CAN 4  06-6868 | Nian Huang v. Merck & Co., Inc. | EDLA  06-11042 |
| CAN 4  06-6871 | Mary L. Howle v Merck & Co., Inc. | EDLA  06-11043 |

**CALIFORNIA SOUTHERN**

| | | |
|---|---|---|
| CAS 3  06-2431 | Michael Cienfuegos, etc. v. Merck & Co., Inc., et al. | EDLA  06-11044 |
| CAS 3  06-2432 | Jimmie Ramsey v. Merck & Co., Inc., et al. | EDLA  06-11045 |

SCHEDULE CTO-76 - TAG-ALONG ACTIONS (MDL-1657)                Page 3 of 6

| DIST. DIV. C.A. # | CASE CAPTION | | |
|---|---|---|---|
| **COLORADO** | | | |
| CO 1 06-2130 | Herbert L. Wittow v. Merck & Co., Inc. | | EDLA 06-11046 |
| ~~CO 1 06-2164~~ | ~~James Franklin, etc. v. Merck & Co., Inc.~~ | OPPOSED 12/14/06 | |
| CO 1 06-2165 | Ronald Dooley, et al. v. Merck & Co., Inc. | | EDLA 06-11047 |
| **CONNECTICUT** | | | |
| CT 3 06-1761 | Frank Pescatello v. Merck & Co., Inc. | | EDLA 06-11048 |
| **FLORIDA MIDDLE** | | | |
| FLM 2 06-587 | Danny Taulbee v. Merck & Co., Inc., et al. | | EDLA 06-11049 |
| FLM 5 06-379 | Lyle Moody v. Merck & Co., Inc., et al. | | EDLA 06-11050 |
| FLM 6 06-1667 | Marian Jenkinson, etc. v. Merck & Co., Inc., et al. | | EDLA 06-11051 |
| FLM 8 06-1209 | Barbara Jowers v. Merck & Co., Inc., et al. | | EDLA 06-11052 |
| FLM 8 06-1992 | Robert Sidney Spann v. Merck & Co., Inc., et al. | | EDLA 06-11053 |
| **FLORIDA SOUTHERN** | | | |
| FLS 0 06-61580 | Jeffrey Dombeck, et al. v. Merck & Co., Inc. | | EDLA 06-11054 |
| FLS 0 06-61581 | William J. Leon, et al. v. Merck & Co., Inc. | | EDLA 06-11055 |
| FLS 0 06-61582 | Marthan Moore, et al. v. Merck & Co., Inc. | | EDLA 06-11056 |
| FLS 0 06-61583 | Lillian A. Russo v. Merck & Co., Inc. | | EDLA 06-11057 |
| FLS 0 06-61609 | Victoria Luciano, et al. v. Merck & Co., Inc. | | EDLA 06-11058 |
| FLS 1 06-22292 | Susana Jalon, et al. v. Merck & Co., Inc. | | EDLA 06-11059 |
| ~~FLS 2 06-14284~~ | ~~Kenneth Bowe, et al. v. Merck & Co., Inc., et al.~~ | OPPOSED 12/15/06 | |
| ~~FLS 2 06-14285~~ | ~~Jacob Avidon, et al. v. Merck & Co., Inc., et al.~~ | OPPOSED 12/15/06 | |
| ~~FLS 2 06-14287~~ | ~~Veronica Clark-Atchinson v. Merck & Co., Inc., et al.~~ | OPPOSED 12/15/06 | |
| ~~FLS 2 06-14288~~ | ~~Robin A. Curry v. Merck & Co., Inc., et al.~~ | OPPOSED 12/15/06 | |
| ~~FLS 2 06-14289~~ | ~~Lystine Fairweather, et al. v. Merck & Co., Inc., et al.~~ | OPPOSED 12/15/06 | |
| ~~FLS 2 06-14290~~ | ~~Mary Lee Hudson v. Merck & Co., Inc., et al.~~ | OPPOSED 12/15/06 | |
| ~~FLS 2 06-14291~~ | ~~Walter Smith, et al. v. Merck & Co., Inc., et al.~~ | OPPOSED 12/15/06 | |
| ~~FLS 2 06-14292~~ | ~~Warren Young, et al. v. Merck & Co., Inc., et al.~~ | OPPOSED 12/15/06 | |
| ~~FLS 2 06-14293~~ | ~~Andrew Trax, et al. v. Merck & Co., Inc., et al.~~ | OPPOSED 12/15/06 | |
| ~~FLS 2 06-14294~~ | ~~Helen Spano, et al. v. Merck & Co., Inc., et al.~~ | OPPOSED 12/15/06 | |
| ~~FLS 2 06-14295~~ | ~~John Gumas v. Merck & Co., Inc., et al.~~ | OPPOSED 12/15/06 | |
| ~~FLS 2 06-14296~~ | ~~Darrell Duncan v. Merck & Co., Inc., et al.~~ | OPPOSED 12/15/06 | |
| ~~FLS 2 06-14297~~ | ~~James Ferguson v. Merck & Co., Inc., et al.~~ | OPPOSED 12/15/06 | |
| ~~FLS 2 06-14298~~ | ~~Carol Morgan v. Merck & Co., Inc., et al.~~ | OPPOSED 12/15/06 | |
| ~~FLS 2 06-14299~~ | ~~Patricia C. Putman, et al. v. Merck & Co., Inc., et al.~~ | OPPOSED 12/15/06 | |
| ~~FLS 2 06-14300~~ | ~~Donald L. Simons v. Merck & Co., Inc., et al.~~ | OPPOSED 12/15/06 | |
| ~~FLS 2 06-14301~~ | ~~Donna Robinson v. Merck & Co., Inc., et al.~~ | OPPOSED 12/15/06 | |
| FLS 2 06-14305 | Henry C. Givens v. Merck & Co., Inc., et al. | | EDLA 06-11060 |
| ~~FLS 9 06-80994~~ | ~~Gail Simmons v. Merck & Co., Inc., et al.~~ | OPPOSED 12/15/06 | |
| ~~FLS 9 06-80996~~ | ~~Anita Finnegan v. Merck & Co., Inc., et al.~~ | OPPOSED 12/15/06 | |
| ~~FLS 9 06-80997~~ | ~~Joseph Iuvara, et al. v. Merck & Co., Inc., et al.~~ | OPPOSED 12/15/06 | |
| ~~FLS 9 06-80998~~ | ~~Thomas Erling v. Merck & Co., Inc., et al.~~ | OPPOSED 12/15/06 | |
| **GEORGIA NORTHERN** | | | |
| GAN 1 06-2643 | Clifford L. Wooten v. Merck & Co., Inc. | | EDLA 06-11061 |
| GAN 1 06-2644 | Elizabeth C. Rosebush, etc. v. Merck & Co., Inc. | | EDLA 06-11062 |
| **IOWA NORTHERN** | | | |
| IAN 3 06-3065 | Phyllis Heslop v. Merck & Co., Inc. | | EDLA 06-11063 |

SCHEDULE CTO-76 - TAG-ALONG ACTIONS (MDL-1657)                                    Page 4 of 6

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **IOWA SOUTHERN** | | |
| IAS 1 06-39 | Jerry Barringer v. Merck & Co., Inc. | EDLA 06-11064 |
| **ILLINOIS CENTRAL** | | |
| ILC 2 06-2221 | William Phelps, etc. v. Merck & Co., Inc. | EDLA 06-11065 |
| **ILLINOIS NORTHERN** | | |
| ILN 1 06-5743 | Doris Miller, et al. v. Merck & Co., Inc. | EDLA 06-11066 |
| ~~ILN 1 06-5744~~ | ~~Ines Alegre, etc. v. Jorge N. Aguayo, M.D., et al.~~ | OPPOSED 12/8/06 |
| ILN 1 06-5805 | Evelyn Waldman v. Merck & Co., Inc. | EDLA 06-11067 |
| **ILLINOIS SOUTHERN** | | |
| ILS 3 06-818 | Myrna Hamilton, et al. v. Merck & Co., Inc., et al. | EDLA 06-11068 |
| ~~ILS 3 06-827~~ | ~~Ann Reid v. Merck & Co., Inc., et al.~~ | VACATED 12/14/06 |
| ILS 3 06-831 | William W. Rhodes v. Merck & Co., Inc., et al. | EDLA 06-11069 |
| ILS 3 06-840 | Jerry Lemonds v. Merck & Co., Inc., et al. | EDLA 06-11070 |
| ILS 3 06-848 | James Ignatz v. Merck & Co., Inc., et al. | EDLA 06-11071 |
| ILS 3 06-849 | Louis Kraus v. Merck & Co., Inc., et al. | EDLA 06-11072 |
| ILS 3 06-850 | John M. Linkes v. Merck & Co., Inc. | EDLA 06-11073 |
| ILS 3 06-853 | Antonio Silva v. Merck & Co., Inc. | EDLA 06-11074 |
| ILS 3 06-867 | Catherine S. Sadich v. Merck & Co., Inc. | EDLA 06-11075 |
| ILS 3 06-868 | John Street v. Merck & Co., Inc. | EDLA 06-11076 |
| ILS 3 06-877 | Rodney W. Shupe v. Merck & Co., Inc. | EDLA 06-11077 |
| **INDIANA NORTHERN** | | |
| INN 2 06-363 | Seth Jones v. Merck & Co., Inc. | EDLA 06-11078 |
| **KANSAS** | | |
| KS 2 06-2413 | David Edmonds v. Merck & Co., Inc. | EDLA 06-11079 |
| **LOUISIANA WESTERN** | | |
| LAW 2 06-1936 | Sally Ellender Chapman v. Merck & Co., Inc. | EDLA 06-11080 |
| **MINNESOTA** | | |
| MN 0 06-4406 | Donald Haider v. Merck & Co., Inc. | EDLA 06-11081 |
| **MISSOURI EASTERN** | | |
| MOE 4 06-1589 | Ida Criglar, et al. v. Merck & Co., Inc., et al. | EDLA 06-11082 |
| **NEW YORK EASTERN** | | |
| NYE 1 06-4796 | Yolande Brice, et al. v. Merck & Co., Inc. | EDLA 06-11083 |
| **NEW YORK NORTHERN** | | |
| NYN 1 06-1309 | Deanne Murdie, etc. v. Merck & Co., Inc., et al. | EDLA 06-11084 |
| NYN 5 06-1332 | Douglas Charles Persse, et al. v. Merck & Co., Inc. | EDLA 06-11085 |
| **NEW YORK SOUTHERN** | | |
| ~~NYS 1 06-11419~~ | ~~Ali Ghanem v. Merck & Co., Inc., et al.~~ | OPPOSED 12/8/06 |

SCHEDULE CTO-76 - TAG-ALONG ACTIONS (MDL-1657)                     Page 5 of 6

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **NEW YORK WESTERN** | | |
| NYW 6 06-6530 | Rosemary Johnson v. Merck & Co., Inc., et al. | EDLA 06-11086 |
| NYW 6 06-6531 | Zerita H. Newman, etc. v. Merck & Co., Inc., et al. | EDLA 06-11087 |
| NYW 6 06-6532 | Roger Bickel, et al. v. Merck & Co., Inc., et al. | EDLA 06-11088 |
| NYW 6 06-6533 | Brenda Baron, etc. v. Merck & Co., Inc., et al. | EDLA 06-11089 |
| NYW 6 06-6534 | Dianne Benson, etc. v. Merck & Co., Inc., et al. | EDLA 06-11090 |
| NYW 6 06-6544 | Pamela Charsley-Joslin, etc. v. Merck & Co., Inc., et al. | EDLA 06-11091 |
| NYW 6 06-6545 | Theresa J. Keenan, etc. v. Merck & Co., Inc., et al. | EDLA 06-11092 |
| NYW 6 06-6546 | Eugene O. Moore, etc. v. Merck & Co., Inc., et al. | EDLA 06-11093 |
| NYW 6 06-6547 | Glen Nicolosi, etc. v. Merck & Co., Inc., et al. | EDLA 06-11094 |
| NYW 6 06-6548 | Frank B. Perillo, etc. v. Merck & Co., Inc., et al. | EDLA 06-11095 |
| NYW 6 06-6549 | Patricia A. Ruvolo, etc. v. Merck & Co., Inc., et al. | EDLA 06-11096 |
| NYW 6 06-6550 | Patricia Sabadasz, etc. v. Merck & Co., Inc., et al. | EDLA 06-11097 |
| NYW 6 06-6551 | Lavernne Watson, etc. v. Merck & Co., Inc., et al. | EDLA 06-11098 |
| **OHIO NORTHERN** | | |
| OHN 1 06-2558 | Timothy Walter Richards, Sr., et al. v. Merck & Co., Inc. | EDLA 06-11099 |
| OHN 1 06-2559 | Deborah K. Roscoe v. Merck & Co., Inc. | EDLA 06-11100 |
| OHN 1 06-2560 | Leonard Novak, et al. v. Merck & Co., Inc. | EDLA 06-11101 |
| OHN 1 06-2561 | Edith Tabak, et al. v. Merck & Co., Inc. | EDLA 06-11102 |
| OHN 1 06-2562 | Kenneth W. Raybon, et al. v. Merck & Co., Inc. | EDLA 06-11103 |
| OHN 1 06-2575 | Thomas G. Wigle, et al. v. Merck & Co., Inc. | EDLA 06-11104 |
| OHN 1 06-2580 | Glenn A. Cook, et al. v. Merck & Co., Inc. | EDLA 06-11105 |
| OHN 1 06-2583 | Mary Young v. Merck & Co., Inc. | EDLA 06-11106 |
| OHN 1 06-2584 | Thomas M. Tulcewicz v. Merck & Co., Inc. | EDLA 06-11107 |
| OHN 1 06-2585 | Benjamin Thompson v. Merck & Co., Inc. | EDLA 06-11108 |
| OHN 1 06-2636 | Nikki Gilmore, etc. v. Merck & Co., Inc. | EDLA 06-11109 |
| OHN 1 06-2637 | Edward M. Stanco, Jr., etc. v. Merck & Co., Inc. | EDLA 06-11110 |
| OHN 1 06-2669 | Edward Drozd, et al. v. Merck & Co., Inc. | EDLA 06-11111 |
| OHN 1 06-2670 | Carolyn Evans, et al. v. Merck & Co., Inc. | EDLA 06-11112 |
| OHN 5 06-2635 | Kenneth K. Kerr, Sr. v. Merck & Co., Inc. | EDLA 06-11113 |
| OHN 5 06-2638 | Barbara R. Brunk, etc. v. Merck & Co., Inc. | EDLA 06-11114 |
| **OHIO SOUTHERN** | | |
| OHS 1 06-720 | Betty Pickett v. Merck & Co., Inc., et al. | EDLA 06-11115 |
| OHS 2 06-876 | Betty Mason v. Merck & Co., Inc., et al. | EDLA 06-11116 |
| **OKLAHOMA EASTERN** | | |
| OKE 6 06-464 | Omega Lambert, etc. v. Merck & Co., Inc. | EDLA 06-11117 |
| OKE 6 06-465 | Gerald Hammond v. Merck & Co., Inc. | EDLA 06-11118 |
| OKE 6 06-466 | Pamela Treadwell, etc. v. Merck & Co., Inc. | EDLA 06-11119 |
| OKE 6 06-468 | Paul Stinson v. Merck & Co., Inc. | EDLA 06-11120 |
| **OKLAHOMA WESTERN** | | |
| OKW 5 06-1211 | Ruby King, etc. v. Merck & Co., Inc. | EDLA 06-11121 |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2 06-4827 | Greg Golla v. Merck & Co., Inc., et al. | EDLA 06-11122 |
| **PENNSYLVANIA WESTERN** | | |
| ~~PAW 2 06-1443~~ | ~~William T. Krajcovic, Sr., etc. v. Merck & Co., Inc.~~ OPPOSED 12/14/06 | |

SCHEDULE CTO-76 - TAG-ALONG ACTIONS  (MDL-1657)                    Page 6 of 6

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **TEXAS EASTERN** | | |
| TXE 2  06-456 | Don Cagle, etc. v. Merck & Co., Inc., et al. | EDLA 06-11123 |
| TXE 4  06-436 | Pauline Stover v. Merck & Co., Inc. | EDLA 06-11124 |
| **TEXAS NORTHERN** | | |
| TXN 4  06-741 | Gail Yeakley, etc. v. Merck & Co., Inc. | EDLA 06-11125 |
| **TEXAS SOUTHERN** | | |
| ~~TXS 1  06-176~~ | ~~Juan Lizardi v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| TXS 2  06-471 | Maria Graciela Cruz v. Merck & Co., Inc., et al. | EDLA 06-11126 |
| ~~TXS 2  06-478~~ | ~~Rosario Lechuga v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXS 2  06-489~~ | ~~Divine Garcia v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| TXS 4  06-3464 | Antoinette Donaldson v. Merck & Co., Inc. | EDLA 06-11127 |
| ~~TXS 7  06-303~~ | ~~Lilian Murphree v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| TXS 7  06-318 | Paula Gonzalez v. Merck & Co., Inc., et al. | EDLA 06-11128 |
| ~~TXS 7  06-319~~ | ~~Juan R. Gonzalez v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXS 7  06-320~~ | ~~Adolfo De Leon v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXS 7  06-321~~ | ~~Victor Saenz v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXS 7  06-329~~ | ~~Jose Zuniga v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXS 7  06-331~~ | ~~Rodolfo Regalado v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXS 7  06-333~~ | ~~Ludivina Pena v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXS 7  06-334~~ | ~~Anita Salinas v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| **TEXAS WESTERN** | | |
| ~~TXW 1  06-848~~ | ~~Emil Kenneth Braune v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| TXW 1  06-850 | James Mercer v. Merck & Co., Inc., et al. | EDLA 06-11129 |
| ~~TXW 1  06-858~~ | ~~Marilyn Trent v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXW 1  06-859~~ | ~~Charles Ray Garrett, et al. v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXW 1  06-870~~ | ~~Esther McConoghy v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXW 1  06-871~~ | ~~Ruby Shaw v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| TXW 5  06-940 | Leonel Diaz v. Merck & Co., Inc. | EDLA 06-11130 |
| **UTAH** | | |
| UT 2  06-905 | Mable Lassen v. Merck & Co., et al. | EDLA 06-11131 |
| UT 2  06-931 | James Pangburn, et al. v. Merck & Co., Inc., et al. | EDLA 06-11132 |
| **WEST VIRGINIA SOUTHERN** | | |
| WVS 1  06-898 | Dorothy Petry, et al. v. Merck & Co., Inc. | EDLA 06-11133 |